# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID RICHARDSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION, a corporation; and DOES 1 to 20,<br><br>　　　　Defendants. | Case No. 2:18-cv-7363-JFW-(PLAx)<br>Honorable John F. Walter, Dept. 7A<br>Magistrate Paul Abrams<br><br>**ORDER TO STIPULATION FOR PROTECTIVE ORDER**<br><br>Pretrial Conf.: August 2, 2019<br>Trial:　　　　August 20. 2019 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is entered as modified.

**IT IS SO ORDERED.**

Dated: November 28, 2018

*Paul L. Abrams*

_____
Honorable Paul L. Abrams
United States Magistrate Judge